HONORABLE JOHN C COUGHENOUR

1

2

3

4

5

6

7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE WESTERN DISTRICT OF WASHINGTON

9       AT SEATTLE

10

11  SECURITIES AND EXCHANGE         Case No. 2:20-cv-01434 JCC
    COMMISSION,
12                                  NOTICE OF APPEARANCE
                  Plaintiff,
13
          vs.
14
    LAKSHA BOHRA, VIKY BOHRA, and
15  GOTHAM BOHRA,

16                Defendant.

17

18

19  TO:       THE CLERK OF THE COURT

20  AND TO:   ALL PARTIES AND COUNSEL OF RECORD

21      YOU AND EACH OF YOU will please take notice that Angelo J. Calfo and Henry C.

22  Phillips of Calfo Eakes LLP hereby appear in the above-entitled action for defendant, Laksha

23  Bohra, and request that all further papers and pleadings be served upon the undersigned attorneys

24  at the address below stated.

25

NOTICE OF APPEARANCE
(Case No. 2:20-cv-01434 JCC ) - 1

DATED this 7th day of October, 2020.

**CALFO EAKES LLP**

By     *s/ Angelo J. Calfo*
   Angelo J. Calfo, WSBA No. 27079
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   (206) 407-2210 | Phone
   (206) 407-2224 | Fax
   Email: angeloc@calfoeakes.com

By     *s/ Henry C. Phillips*
   Henry C. Phillips, WSBA No. 55152
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   (206) 407-2215 | Phone
   (206) 407-2224 | Fax
   Email: hencyp@calfoeakes.com

*Attorneys for Defendant Laksha Bohra*

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200    FAX (206) 407-2224