THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAKSHA BOHRA, VIKY BOHRA, and GOTHAM BOHRA,<br><br>　　　　　　Defendants. | Case No.: 2:20-CV-01434 JCC<br><br>**SATISFACTION OF MONETARY PROVISIONS OF JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT GOTHAM BOHRA** |

　　Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges payments by Defendant, Gotham Bohra, representing the ordered disgorgement, prejudgment interest, penalty and the post judgment interest accrued thereon ordered by this Court in its Final Judgment as to Defendant Gotham Bohra signed and entered on October 16, 2020 ("Final Judgment") in this matter.

SATISFACTION OF MONETARY JUDGMENT
*SEC V. BOHRA ET AL.* (No. 2:20-CV-01434)

Securities and Exchange Commission
100 F. Street NE, Mail Stop 5628
Washington, DC 20549-5629
(202) 551-4958

1  This payment is a satisfaction of only the monetary provisions of the Final Judgment against Gotham
2  Bohra.  All other provisions of, and relief granted by, the Final Judgment remain in effect.

Dated:   May 12, 2021                           Respectfully submitted,

     */s/ Carol E. Schultze*
Carol E. Schultze
Attorney for Plaintiff
Securities and Exchange Commission
Division of Enforcement
100 F. Street, NE, Mail Stop 5628
Washington, DC 20549-5628
Telephone: (202) 551-4858
Facsimile: (301) 847-3300
Email: SchultzeC@sec.gov

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Henry Charles Phillips
Calfo Eakes & Ostrovsky
1301 Second Ave, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2215
henryp@calfoeakes.com
　*(Attorney for Defendant Laksha Bohra)*

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: (206) 623-6501
poffenbecher@skellengerbender.com
　*(Attorney for Defendant Viky Bohra)*

Harold Malkin
Calfo Eakes & Ostrovsky
1301 Second Ave, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
haroldm@calfoeakes.com
　*(Attorney for Defendant Gotham Bohra)*

Dated:　May 12, 2021

　　　　　　　　　　　　　　　　　　　　/s/ Carol E. Schultze
　　　　　　　　　　　　　　　　　　Carol E. Schultze
　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　Division of Enforcement
　　　　　　　　　　　　　　　　　　100 F. Street, NE Mail Stop 5628
　　　　　　　　　　　　　　　　　　Washington, DC 20549-5628
　　　　　　　　　　　　　　　　　　Telephone: (202) 551-4958
　　　　　　　　　　　　　　　　　　Facsimile: (301) 847-4300
　　　　　　　　　　　　　　　　　　Email: Schultzec@sec.gov
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Securities and Exchange Commission*

3

CERTIFICATE OF SERVICE
*SEC V. BOHRA ET AL.* (No. 2:20-CV-01434)

Securities and Exchange Commission
100 F. Street NE, Mail Stop 5628
Washington, DC 20549-5629
(202) 551-4958