THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>LAKSHA BOHRA, VIKY BOHRA, and GOTHAM BOHRA,<br><br>        Defendants. | Case No.: 2:20-CV-01434 JCC<br><br>**SATISFACTION OF MONETARY PROVISIONS OF JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT VIKY BOHRA** |

    Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges payments by Defendant, Viky Bohra, representing the ordered disgorgement, prejudgment interest, penalty and the post judgment interest accrued thereon ordered by this Court in its Final Judgment as to Defendant Viky Bohra signed and entered on October 16, 2020 ("Final Judgment") in this matter.

SATISFACTION OF MONETARY JUDGMENT
*SEC V. BOHRA ET AL.* (No. 2:20-CV-01434)

Securities and Exchange Commission
100 F. Street NE, Mail Stop 5628
Washington, DC 20549-5629
(202) 551-4958

1  This payment is a satisfaction of only the monetary provisions of the Final Judgment against Viky
2  Bohra.  All other provisions of, and relief granted by, the Final Judgment remain in effect.

Dated:   May 12, 2021                          Respectfully submitted,

                                                */s/ Carol E. Schultze*
                                          Carol E. Schultze
                                          Attorney for Plaintiff
                                          Securities and Exchange Commission
                                          Division of Enforcement
                                          100 F. Street, NE, Mail Stop 5628
                                          Washington, DC 20549-5628
                                          Telephone: (202) 551-4858
                                          Facsimile: (301) 847-3300
                                          Email: SchultzeC@sec.gov

SATISFACTION OF MONETARY JUDGMENT    2    Securities and Exchange Commission
*SEC V. BOHRA ET AL.* (No. 2:20-CV-01434)        100 F. Street NE, Mail Stop 5628
        Washington, DC 20549-5629
        (202) 551-4958

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on May 12, 2021, I caused the foregoing document to be electronically |
| 3 | filed with the Clerk of the Court using the CM/ECF system, which will send notification of such |
| 4 | filing to the following: |

Henry Charles Phillips
Calfo Eakes & Ostrovsky
1301 Second Ave, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2215
henryp@calfoeakes.com
    *(Attorney for Defendant Laksha Bohra)*

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: (206) 623-6501
poffenbecher@skellengerbender.com
    *(Attorney for Defendant Viky Bohra)*

Harold Malkin
Calfo Eakes & Ostrovsky
1301 Second Ave, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
haroldm@calfoeakes.com
    *(Attorney for Defendant Gotham Bohra)*

Dated: May 12, 2021

    /s/ Carol E. Schultze
Carol E. Schultze
Securities and Exchange Commission
Division of Enforcement
100 F. Street, NE Mail Stop 5628
Washington, DC 20549-5628
Telephone: (202) 551-4958
Facsimile: (301) 847-4300
Email: Schultzec@sec.gov
*Attorney for Plaintiff Securities and Exchange Commission*

3

CERTIFICATE OF SERVICE
*SEC V. BOHRA ET AL.* (No. 2:20-CV-01434)

Securities and Exchange Commission
100 F. Street NE, Mail Stop 5628
Washington, DC 20549-5629
(202) 551-4958